```
CAROLYN A. DYE (SBN 97527)
15030 Ventura Blvd.
Suite 527
Sherman Oaks, CA 91403
Telephone: 818/287-7003
Facsimile: 323/987-5763
Email: trustee@cadye.com

Chapter 7 Trustee
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JAMES CAPITAL ADVISORS, INC.,<br><br>                    Debtor. | Case No. 2:23-bk-14820-BB<br>    [Chapter 7]<br><br>CHAPTER 7 TRUSTEE'S REPORT OF SALE AND STATEMENT PURSUANT TO FRBP 6004(f) [Debtor's Personal Property located at 7150 Camelback Road, Suite 237, Scottdale, AZ 85251]<br><br>[No Hearing Required] |

TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

    Carolyn A. Dye, Chapter 7 Trustee herein, respectfully represents:

| | |
|---|---|
| Property of Debtor Sold: | Debtor's Personal Property located at 7150 Camelback Road, Suite 237, Scottdale, AZ 85251 |
| Name of Purchaser: | NNN Properties, LLC |
| Price Received for the Property: | $10,000.00 |
| Date of Order Approving Sale: | October 4, 2023 |
| Date of Closing: | October 4, 2023 |

As this was a private negotiated transaction, undertaken by the Debtor with the purchaser, there is no escrow statement relating to the transaction. The purchaser paid the entire purchase price in cash and the Debtor has the full amount in hand.

Dated: April 10, 2024    _____
Carolyn A. Dye, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 15030 Ventura Boulevard, Suite 527, Sherman Oaks, California 91403.

A true and correct copy of the foregoing document entitled Chapter 7 Trustee's Report of Sale and Statement Pursuant to Frbp 6004(f) [Debtor's Personal Property Located at 7150 Camelback Road, Suite 237, Scottdale, Az 85251] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 10, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Eskandar Alex Beroukhim | alex.beroukhim@arnoldporter.com |
| Brian K Condon | Brian.Condon@arnoldporter.com, edocketscalendaring@arnoldporter.com |
| Aaron E. DE Leest | adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com |
| Carolyn A Dye (TR) | trustee@cadye.com, c197@ecfcbis.com;atty@cadye.com |
| Anthony A. Friedman | aaf@lnbyg.com |
| Eric P Israel | eisrael@danninggill.com, danninggill@gmail.com; eisrael@ecf.inforuptcy.com |
| Alphamorlai Lamine Kebeh | MKebeh@allenmatkins.com, mdiaz@allenmatkins.com |
| Amy Lee Nashon | anashon@troygould.com |
| Zev Shechtman | Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

☐    Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL:** On April 10, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court  
The Honorable Sheri Bluebond  
United States Bankruptcy Court  
255 East Temple Street  
Suite 1534  
Los Angeles, CA 90012  

James Capital Advisors, Inc.  
10960 Wilshire Blvd.  
Suite 805  
Los Angeles, CA 90024  

☐    Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY - N/A.** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 10, 2024                                                            /s/Karissa De La Trinidad_____  
                                                                                                Karissa De La Trinidad

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1. PROOF OF SERVICE**