CAROLYN A. DYE
*cdye@cadye.com*
6316 Orion St.
Van Nuys, CA 91411
Telephone:  (213) 287-7003
Facsimile: (213) 368-5009

Chapter 7 Trustee

ERIC P. ISRAEL (State Bar No. 132426)
*EPI@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, California 90034
Telephone:   (310) 229-1234
Facsimile:   (310) 229-1244

Proposed Successor General Counsel for
Carolyn A. Dye, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:23-14820-BB |
| JAMES CAPITAL ADVISORS, INC., | Chapter 7 |
| Debtor. | **TRUSTEE'S NOTICE OF APPLICATION AND <u>AMENDED</u> APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P AS SUCCESSOR GENERAL BANKRUPTCY COUNSEL; STATEMENT OF DISINTERESTEDNESS** |
| | [No Hearing Required] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Carolyn A. Dye, the Chapter 7 trustee (the "Trustee" or "applicant") for the estate of James Capital Advisors, Inc. (the "debtor"), seeks an order authorizing her to employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. as her successor general

1  bankruptcy counsel (the "application"), at the expense of the estate, effective as of February 1,

2  2025.

3        Pursuant to an order entered on or about September 13, 2023, the Trustee retained the law

4  firm of Danning, Gill, Israel & Krasnoff, LLP ("Danning-Gill") as her general bankruptcy counsel,

5  effective as of August 4, 2023.  *Docket no. 60.*

6        Effective as of February 1, 2025, Eric P. Israel, the primary attorney at Danning-Gill who

7  has represented the Trustee in this case as general bankruptcy counsel, left Danning-Gill and joined

8  the firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("Levene-Neale").  Also effective as

9  of February 1, 2025, Danning-Gill closed its doors.  In order to assist and maintain continuity, the

10 Trustee desires to retain Levene-Neale as her successor general counsel, effective as of February 1,

11 2025.

12       The Trustee submits this application pursuant to Local Bankruptcy Rule 2014-1(b)(2)(A)

13 and Local Bankruptcy Rule 9013-1 and, pursuant thereto, no hearing is required on the application

14 unless requested by a party-in-interest.

15       The application is based upon this notice of application, the attached application, the

16 attached Statement of Disinterestedness, the complete files and records of this case and upon such

17 other evidentiary matters as may be presented to the Court.

18       **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule

19 9013-1(o)(1)(A)(ii), any objection and request for hearing must be in writing and must be filed and

20 served within fourteen (14) days after of the date of mailing of this Notice, plus an additional 3

21 days if this notice of motion was served by mail or pursuant to Fed. R. Civ. P. 5(b)(2)(D) or (F).

22 The response or opposition to the application shall be filed with the Bankruptcy Court and served

23 on the United States Trustee, at 725 So. Figueroa St., Suite 2600, Los Angeles, CA 90017, the

24 Trustee at the address on the upper left-hand corner of this notice, and proposed counsel for the

25 Trustee, Eric P. Israel, at 2818 La Cienega Ave., Los Angeles, California 90034.  If you fail to file

26 a written response within fourteen days of the date of the service of this notice, plus an additional 3

27 days if this notice of motion was served by mail or pursuant to Fed. R. Civ. P. 5(b)(2)(D) or (F), the

28 / / /

1   Court may treat such failure as a waiver of your right to oppose the application and may grant the

2   requested relief.

3

4   DATED:  February 19, 2025                 LEVENE, NEALE, BENDER, YOO &
                                              GOLUBCHIK L.L.P.
5

6

7                                             By: _____

8                                                 ERIC P. ISRAEL
                                                  Proposed Successor Attorneys for Carolyn A. Dye,
9                                                 Chapter 7 Trustee

10  MAILING DATE:  February 19, 2025

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Carolyn A. Dye, the Chapter 7 trustee herein ("applicant" or the "Trustee"), represents as follows:

1.      On or about July 31, 2023, James Capital Advisors, Inc. (the "debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.  Carolyn A. Dye accepted appointment as the Chapter 7 trustee for the debtor's estate and continues to serve in that capacity.

2.      Pursuant to an order entered on or about September 13, 2023, the Trustee retained the law firm of Danning, Gill, Israel & Krasnoff, LLP ("Danning-Gill") as her general bankruptcy counsel, effective as of August 4, 2023.  *Docket no. 60.*

3.      Effective as of February 1, 2025, Eric P. Israel, the lead attorney at Danning-Gill who has represented the Trustee in this case as general counsel, left Danning-Gill and joined the firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("Levene-Neale" or the "Firm").  Also effective as of February 1, 2025, Danning-Gill closed its doors.  In order to assist and maintain continuity, the Trustee desires to retain Levene-Neale as her successor general bankruptcy counsel, effective as of February 1, 2025.

4.      With Court approval, the Trustee operated the debtor's business for a short period of time in order to collect outstanding real estate broker commissions.  The Trustee presently holds approximately $202,000 of funds in the estate.  The Trustee recently filed a complaint commencing an adversary proceeding, adv. no. 2:24-ad-091239-BB against JP Morgan Chase Bank, N.A. ("Chase"); the Small Business Administration (the "SBA"); and DE Park Avenue 10960, LLC ("Park Avenue") (the "Subject Adversary Proceeding").  Among other things, the Trustee in the Subject Adversary Proceeding challenges a post-petition setoff by Chase following a demand by Park Avenue under a letter of credit; seeks damages for Chase's violation of the automatic stay; challenges the amounts of the proofs of claim by Chase and Park Avenue; and seeks a declaration of priority as between Chase, the SBA and the Trustee.  The first status conference in the Subject Adversary Proceeding was just held on February 11, 2025, at 2:00 p.m.

5.      Applicant has determined that it is necessary and appropriate to retain successor general counsel to assign and advise her with respect to legal issues arising in this bankruptcy case, including without limitation, the following:

A.      to continue representing the Trustee in the Subject Adversary Proceeding and prosecuting the Trustee's rights therein;

B.      to investigate any avoiding power claims that may belong to the estate and initiate litigation thereon if appropriate;

C.      to investigate and locate any undisclosed assets of the estate and, if necessary or beneficial to the estate, to pursue adversary proceedings to recover estate property and/or to avoid any fraudulent, pre-petition or post-petition transfers;

D.      to review claims and prosecute claims additional objections where appropriate; and

E.      to perform services related to such other legal matters as may arise in the administration of this estate.

6.      Applicant proposes to retain the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("Levene-Neale" or the "Firm") as her successor general bankruptcy counsel, effective as of February 1, 2025.

7.      Levene-Neale specializes in bankruptcy practice and is well able to perform the required legal services.

8.      Levene-Neale is experienced in debtor/creditor matters including, among other things, the representation of bankruptcy trustees and various interested parties who appear in bankruptcy cases. Levene-Neale is competent to perform the requisite legal services in this bankruptcy case. Levene-Neale's breadth of experience and length of service in the legal community is described in its firm resume, a copy of which is attached hereto as Exhibit "1", filed with this application and incorporated herein by reference.

9.      The lawyers affiliated with Levene-Neale have practiced in bankruptcy courts for many years. Levene-Neale has handled virtually every type of matter which may arise in the context of a bankruptcy case. Levene-Neale has been retained as attorneys for trustees in

1  thousands of different bankruptcy cases.  Levene-Neale and all of the lawyers affiliated with it who

2  will work on this bankruptcy case are familiar with the Bankruptcy Code, Federal Rules of

3  Bankruptcy Procedure and the Local Bankruptcy Rules.  Levene-Neale will comply with the

4  Bankruptcy Code and all applicable Rules in this bankruptcy case.

5        10.    As of the date of this application, to the best of applicant's knowledge and after

6  consideration of the disclosures in the attached Statement of Disinterestedness for Employment of

7  Professional Person Under Fed. R. Bankr. P. 2014 (the "Statement of Disinterestedness"), applicant

8  believes that the Firm and all of its partners and associates are disinterested persons as that term is

9  defined in 11 U.S.C. § 101(14), and neither the Firm nor any partners or associates of the Firm are

10  connected with applicant, the debtor, its creditors, any other party in interest, their respective

11  attorneys and accountants, or to this estate, and have no relation to any bankruptcy judge presiding

12  in this district, the Clerk of the Court or any relation to the United States Trustee in this district, or

13  any person employed at the Court or the Office of the United States Trustee, nor does the Firm or

14  its attorneys represent or hold an adverse interest with respect to the debtor, any creditor, or to this

15  estate, except to the extent that:  (1) Danning-Gill has represented Carolyn A. Dye, solely in her

16  capacity as trustee in other cases unrelated to the debtor; (2) Brad D. Krasnoff, Ed Wolkowitz, Tim

17  Yoo and Todd Frealy are on the panel of trustees in this district, and the Firm represents them

18  solely in their capacities as trustees in other cases unrelated to the debtor; (e) Eric Israel and Brad

19  Krasnoff are principals of professional corporations which were partners in Danning-Gill, and

20  Danning-Gill holds an administrative claim in this case for unpaid fees and costs, subject to

21  allowance by the Court; (4) Mr. Israel and Mr. Krasnoff are partners in Levene-Neale.  Applicant

22  submits that none of these issues affect Levene-Neale's disinterestedness or create a conflict or

23  adverse interest; and (5) Levene-Neale filed this Chapter 7 case.  With respect to item 5 above, the

24  Firm's engagement by the Debtor to file a Chapter 7 case provided that the representation ceased

25  after the first 341(a) meeting, which occurred on or about October 2, 2023.  In contrast, Mr. Israel

26  did not join Levene-Neale until February 1, 2025.  Moreover, this is a corporate Chapter 7 case, so

27  there are no discharge or exemption issues.  Any privileges or confidences pass to the Trustee in a

28  corporate case regardless. <u>Commodity Futures Trading Commission v. Weintraub</u>, 471 U.S. 343

(1985).  Also, the Firm will maintain an ethical wall in this case such that the attorney who filed the

petition (Anthony Friedman) will not discuss this case with the attorney representing the Trustee

(Eric Israel).  As a result, the Trustee believes that the Firm is disinterested, there is no potential

conflict or adverse interest, and the Court should allow the Trustee to retain the Firm as her

successor general counsel.[1]

11.    Applicant proposes to compensate Levene-Neale on the following basis, except as

the Court may otherwise determine and direct, after appropriate notice and hearing.  Levene-Neale

will apply to the Court under §§ 330 and 331 of the Bankruptcy Code for an allowance of fees and

reimbursable expenses not more often than every 120 days.  All applications of the Firm for

compensation will be heard upon notice to creditors and other parties-in-interest.  Levene-Neale

will accept such fees and reimbursement for expenses as may be awarded by the Court.  The Firm

expects that its compensation will be based upon a combination of factors including, without

limitation, its customary fees charged to clients who pay the Firm monthly, as those fees are

adjusted from time to time, the experience and reputation of counsel, the time expended, the results

achieved, the novelty and difficulty of the tasks undertaken (including applicable time limitations)

and the preclusion from other employment caused by its work in this bankruptcy case.

12.    Attached hereto as Exhibit "2" and incorporated herein by this reference is a

schedule of the current rates regularly charged by Levene-Neale to its private clients who pay on a

monthly basis.  The rates reflected on Exhibit "2" are on file at the Office of the United States

Trustee.

13.    There will be no oral or written employment agreement between applicant and

Levene-Neale, apart from this application and the order entered upon this application.  The only

source of payment of compensation for Levene-Neale will be from this estate, as may be approved

---

[1] 11 U.S.C. section 101(14) defines a "disinterested person" to be one who:

"(A) is not a creditor, an equity security holder, or an insider; (B) is not and was not, within 2 years
before the date of the filing of the petition, a director, officer, or employee of the debtor; and (C)
does not have an interest materially adversary to the interest of the estate or of any class of
creditors or equity security holders, by reason of any direct or indirect relationship to, connection
with, or interest in, the debtor, or for any other reason."

1    and ordered paid by the Court after notice and hearing.  No retainer has been paid or will be paid to

2    Levene-Neale.

3

4        WHEREFORE, applicant prays the Court to enter its order authorizing her to employ

5    Levene-Neale as her successor general counsel, effective as of February 1, 2025, as an

6    administrative expense in this bankruptcy case, and for such other and further relief as may be

7    determined just and proper.

8

9    Dated: February 19, 2025

10

11                                                CAROLYN A. DYE, Chapter 7 Trustee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
## OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014

1.      Name, address and telephone number of the professional ("the Professional" or the "Firm") submitting this Statement (See Exhibit "1" for resume):

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, California 90034
Telephone:   (310) 229-1234
Facsimile:   (310) 229-1244

2.      The services to be rendered by the Professional in this case are (specify): See Para. 5 in within application.

3.      The terms and source of the proposed compensation and reimbursement of the Professional are (specify):  See Para. 11 in the within application.  See Exhibit "2" for hourly rates.

4.      The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are (specify):

None

5.      The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of (specify):

Conflicts check

6.      The following is a complete description of all of the Professional's connections with the Chapter 7 trustee, the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee (specify, attaching extra pages as necessary):

None except to the extent that:  (1) Danning-Gill has represented Carolyn A. Dye, solely in her capacity as trustee in other cases unrelated to the debtor; (2) Brad D. Krasnoff, Ed Wolkowitz, Tim Yoo and Todd Frealy are on the panel of trustees in this district, and the Firm represents them solely in their capacities as trustees in other cases unrelated to the debtor; (e) Eric Israel and Brad Krasnoff are principals of professional corporations which were partners in Danning-Gill, and Danning-Gill holds an administrative claim in this case for unpaid fees and costs, subject to allowance by the Court; (4) Mr. Israel and Mr. Krasnoff are partners in Levene-Neale.  Applicant submits that none of these issues affect Levene-Neale's disinterestedness or create a conflict or adverse interest; and (5) Levene-Neale filed this Chapter 7 case.  With respect to item 5 above, the Firm's engagement by the Debtor to file a Chapter 7 case provided that the representation ceased after the first 341(a) meeting, which occurred on or about October 2, 2023. In contrast, Mr. Israel did not join Levene-Neale until February 1, 2025.  Moreover, this is a corporate Chapter 7 case, so there are no discharge or exemption issues.  Any privileges or confidences pass to the Trustee in a corporate case regardless. Commodity Futures Trading Commission v. Weintraub, 471 U.S. 343 (1985).  Also, the Firm will maintain an ethical wall in this case such that the attorney who filed the petition (Anthony Friedman) will not discuss this case with the attorney representing the Trustee (Eric Israel).  As a result, the Trustee believes that the Firm is disinterested, there is no potential conflict or adverse interest, and the Court should allow the Trustee to retain the Firm as her successor general counsel.

7.     The Professional is not a creditor, an equity security holder or an insider of the debtor.

8.     The Professional is not and was not an investment banker for any outstanding security of the debtor.

9.     The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtor.

10.     The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the debtor or of any investment banker for any security of the debtor.

11.     The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or any investment banker for any security of the debtor, or for any other reason, except as follows (specify, attaching extra pages as necessary):

None

12.     Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional (specify):

Eric P. Israel, Partner
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, California 90034
Telephone:   (310) 229-1234
Facsimile:    (310) 229-1244

13.     The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows (specify, attaching extra pages as necessary):

None

14.     Total number of attached pages of supporting documentation:  9

None

15.     After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

Executed on February 19, 2025, at Los Angeles, California.

_____
ERIC P. ISRAEL

# EXHIBIT "1"

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
2818 La Cienega Avenue, Los Angeles, CA 90034
Los Angeles, California 90067
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

## 2025
## PARTNERS

DAVID L. NEALE ("DLN") began his legal career in New York, with the law firm of Kramer, Levin, Nessen, Kamin & Frankel, where he represented creditors and creditors' committees in large, complex cases such as Texaco Inc., LTV Steel and Charter Co. When Mr. Neale relocated to California in 1989, to join the law firm of Levene & Eisenberg, he brought with him an understanding of creditors' rights and remedies that he was able to apply to the representation of debtors and other constituencies in bankruptcy and workout situations.

His broad experience includes handling cases in a variety of areas including: **Manufacturing** (successful Chapter 11 reorganization for companies such as Future Media Productions, a manufacturer of blank CDs and DVDs; California Aircraft & Engines, Inc., a manufacturer of aircraft engine parts with claimants from around the world; DCC Compact Classics, Inc., a manufacturer of specialty CDs and recordings; Fernandes Guitars, a manufacturer of electric and acoustic guitars for distribution around the world); **Food and beverage industry** (Chinois Restaurant, successful Chapter 11 reorganization for a Las Vegas restaurant; Café-Melisse Valencia, successful out-of court workout and orderly liquidation; Galletti Brothers Foods, successful Chapter 11 reorganization for one of the nation's largest fresh seafood wholesalers; Crunchies Food Company, successful Chapter 11 sale of assets of retailer of dried fruit snacks); **Construction** (successful Chapter 11 reorganization for Rock & Waterscape, Inc., a builder of water-themed features in Las Vegas and around the world); **Real Estate** (successful Chapter 11 cases for Roosevelt Lofts, LLC, involving a condominium conversion in downtown Los Angeles; North Silver Lake Lodge, LLC, involving one of the last undeveloped parcels of real property in the Deer Valley, Utah ski resort area; IDM Corporation and its affiliates requiring the restructuring of over $1 billion in debt; and Galletti Brothers Investments, a real estate partnership with multiple properties. He has also represented Ritter Ranch Development, the owner of an 11,000-acre development property in Palmdale; and National Enterprises, Inc. and San Diego Investments, real estate management and development companies with properties across the United States); **Energy** (representing the California Independent System Operator Corporation in connection with the bankruptcy cases of California Power Exchange, Pacific Gas & Electric Co., Enron Inc. and Mirant and its affiliates; Evergreen Oil, an oil re-refining company operating throughout California); **Banking and finance** (Imperial Credit Industries, Inc.); **Trucking** (Green Fleet Systems and TKS Leasing, successfully confirming a plan of reorganization for a short-haul trucking company operating out of the ports of Los Angeles and Long Beach; Coast Bridge Logistics, Inc. representing another short-haul trucking company in connection with the sale of its assets; Consolidated Freightways and its affiliates, in which Mr. Neale represented multi-employer pension funds that were the largest creditors and went on to represent the post-confirmation Plan Oversight Committee and serve as special counsel to the Liquidating Trust in certain litigation and appellate matters, and The Penn Traffic Co. and its affiliates, in which Mr. Neale represented certain multi-employer retirement, health and welfare funds); **Health Care** (Solid Landings Behavioral Health and its affiliates, operators of rehab facilities in California, Texas and Nevada); North American Health Care and affiliates (operators of skilled nursing facilities); **Technology and Communication** (WCI Cable, Inc., a fiber optic cable network located in Oregon and Alaska); and **Retail**

(successful Chapter 11 cases for Ortho Mattress, Inc., a manufacturer and retailer of bedding products; Britches of Georgetowne, Inc., a clothing retailer with outlets in several states). Mr. Neale has a particular expertise in the **Entertainment Industry**. He has represented clients involved in **publishing** (New Millennium Entertainment, Buzz Magazine); **film exhibition** (Resort Theaters of America); **film production** (Franchise Pictures, LLC and its affiliates); The Samuel Goldwyn Company in connection with its acquisition of Heritage Entertainment); **music** (Even St. Productions, LLC, the owner of rights relating to the catalogue of Sly & the Family Stone) and **artists** (Gladys Knight, Mick Fleetwood, Lynn Redgrave, among others). He has also successfully represented numerous individual Chapter 11 debtors with respect to personal real estate holdings and liabilities and other financial difficulties. Mr. Neale has also represented numerous purchasers, equity interest holders, creditors and official committees in many Chapter 11 cases around the country.  This is a small sample of the cases he has handled over his almost 30-year legal career.

Mr. Neale is both an experienced and aggressive litigator whose cases have resulted in over a dozen notable published opinions by the Bankruptcy Court, District Court and Ninth Circuit Court of Appeals. He also brings his negotiating skills to bear as a member of the Mediation Panel for the Bankruptcy Court for the Central District of California. He is a member of the American Bar Association, Association of the Bar of the City of New York, New York County Bar Association, Century City Bar Association, Beverly Hills Bar Association, Financial Lawyers Conference, Turnaround Management Association, and the Commercial Law League of America. He has served on the Board of Directors of the AIDS Project Los Angeles and the Los Angeles division of the American Friends of Hebrew University.

Mr. Neale received his B.A., *summa cum laude* from Princeton University in 1984 and his J.D. from Columbia University School of Law in 1987. He was admitted to the New York Bar in 1988 and the California Bar in 1989. He was admitted to the Ninth Circuit Court of Appeals in 1989, and was admitted to the United States District Court for the Southern and Eastern Districts of New York in 1988. In 1989, he was admitted to the Central, Eastern, Northern and Southern Districts of California. He has also practiced extensively in courts around the country, in venues as diverse as Oregon, Arizona, Nevada, Texas, Arkansas, Utah, Florida, New York, Delaware and Tennessee. Mr. Neale is the author of "Bankruptcy and Contractual Relations in the Entertainment Industry – An Overview," *1990 Entertainment, Publishing and the Arts Handbook;* "A Survey of Recent Bankruptcy Decisions Impacting upon the Entertainment Industry," *1992–1993 Entertainment, Publishing and the Arts Handbook;* "SEC Actions and Stays," *National Law Journal,* 2002; "The Scope and Application of 11 U.S.C. § 1145," American Bankruptcy Institute Bankruptcy Battleground West, 2003, and "Whose Life is it Anyway?  Treatment of Unique Assets in Bankruptcy," American Bankruptcy Institute Winter Leadership Conference, 2016.  He was featured as a "Mover & Shaker" by *The Deal* magazine in 2006, and has been interviewed several times by, among others, KNX news radio in Los Angeles, *Variety* magazine, *The Hollywood Reporter,* and the *California Real Estate Journal* on bankruptcy topics. He has appeared as a speaker on the following topics before the following organizations: "Making the Best Better: Lessons From the Battlefield," Turnaround Management Association 6th Annual Spring Meeting, 1998; "Litigation Issues in Bankruptcy," Business Torts – An Introduction and Primer, Consumer Attorneys Association of Los Angeles, 1998; "There Must Be Fifty Ways to Leave Your Troubles," Turnaround Management Association, 1998; "The Impact of State Court Decisions in Bankruptcy Court," Beverly Hills Bar Association, 2001. He has appeared as a panelist, addressing issues relating to "Bankruptcy in the Dot-Com Economy" and "Licensing Agreements: How to Draft and Enforce Them" for Law.Com Seminars; "Public Company Debtors and the SEC," American Bankruptcy Institute Bankruptcy Battleground West, 2003; "The 2005 Amendments to Bankruptcy Code Sections 546(c) and 547 – The Early Returns," Financial Lawyers Conference, 2008; "Transfers of Intellectual Property,"

Southwestern Law School, Bankruptcy in the New Millennium, 2010; "Practicing in the
Limelight: Celebrity Bankruptcies," American Bankruptcy Institute Winter Leadership
Conference, 2016, and "Shark Tank," American Bankruptcy Institute Bankruptcy Battleground
West, 2018.

Mr. Neale has consistently been named by *Los Angeles* magazine as one of its 100 "Super
Lawyers" in the bankruptcy field, and has been recognized by Chambers & Partners as one of the
top practitioners within the bankruptcy/ restructuring field in California.


RON BENDER is a founding and co-managing partner of the firm. With a large and
diverse practice, Mr. Bender has successfully reorganized and sold numerous companies and
restructured the financial affairs of many individuals. Mr. Bender is widely regarded as a highly
creative, results oriented bankruptcy attorney who is able to tackle complex problems and
develop and implement creative solutions. Mr. Bender has repeatedly been listed by "Super
Lawyers" as one of the top 100 lawyers in Southern California in regional surveys of his peers.
Mr. Bender received his undergraduate degree in Finance from the prestigious Wharton School
of Business at the University of Pennsylvania in 1986 where he graduated first in his class (B.S.,
*summa cum laude*), and then obtained his law degree from Stanford University Law School in
1989. During law school, Mr. Bender served as a judicial extern for the Honorable Lloyd King,
U.S. Bankruptcy Court, Northern District of California Bankruptcy Court. Since graduating from
law school, Mr. Bender has worked solely in the areas of bankruptcy, insolvency and business
reorganization, and has developed one of the largest bankruptcy, insolvency and restructuring
practices in Southern California, including the representation of debtors, creditors' committees,
creditors, purchasers of businesses, and assignees in the context of assignments for the benefit of
creditors. Mr. Bender's incredibly broad Chapter 11 and insolvency debtor experience includes
the representation of Ironclad Performance Wear (a leading, technology-focused developer
and manufacturer of high-performance task-specific gloves and apparel for the "industrial
athlete" which was sold for $25.25 million); representation of Rdio (a digital music service
provider which was sold to Pandora for $75 million); Country Villa (one of the largest owners
and operators of skilled nursing facilities with annual revenue of more than $200 million which
was sold for $62 million); Pebble ABC in a sale to Fitbit for $20 million; Jawbone ABC in a sale
of its Audio/Jambox line; Gamma Medica (a manufacturer of imaging systems in the
biotechnology field which was sold); Matterhorn Group (a large manufacturer of novelty ice
cream products which was sold); Fat Burger (a well known chain of hamburger restaurants
which were sold); Westcliff Medical Laboratories (an owner and operator of 170 patient service
center laboratories and labs throughout California with $95 million of annual revenue and 1,000
employees which was sold for $57.5 million); LifeMasters Supported Selfcare (a national disease
management company with annual revenue of $80 million which was sold); Bodies in Motion (a
chain of fitness facilities which was sold for approximately $10 million); Max Equipment Rental
(an equipment rental company which successfully reorganized); Nelson & Associates (a
manufacturers' representative in the electrical industry which successfully restructured its debt);
Douglas Furniture (a large furniture manufacturer); Padilla Construction (a plastering company
which successfully reorganized); Lamas Beauty (a manufacturer of beauty supply products
which was sold); Paramount Scaffolding (a large scaffolding rental company which was sold);
Alin Party Supply (a retail chain of party supplies which successfully reorganized); Lake San
Marcos Resort & Country Club; Krystal Air (an aircraft leasing company which was sold);
Pacific High Reach (a large construction equipment rental company which was sold for $17
million); Krystal Koach (a large manufacturer of limousines and shuttle buses which was sold);
Small World Toys (a toy company which was sold for approximately $16 million); Intervisual (a
children's book company which was sold for approximately $10 million); LightPointe

Communications (a manufacturer of wireless networking equipment which successfully reorganized); Nicola (a large olive importer and distributor which successfully reorganized); Krispy Kreme (an owner and operator of Krispy Kreme Doughnut Stores which successfully reorganized); Pleasant Care (an owner and operator of skilled nursing facilities with annual revenue of approximately $200 million which was sold for approximately $17 million); Aura Systems (a publicly traded manufacturer of a mobile power generator which successfully reorganized); Sega GameWorks (a retail entertainment based company operating under the name of "GameWorks," with $60 million of annual revenue, which was sold for approximately $8 million); Alliant Protection Services (a commercial and residential alarm services company with 16,000 customers, which was sold for $14.5 million); The Walking Company (a national chain of 101 retail stores selling specialty shoes and footwear, which successfully reorganized involving $22 million of cash, debt and stock); Shoe Pavilion (a chain of 117 retail stores selling off-price footwear with locations in the Western and Southwestern United States which was sold); Gadzoox Networks (a publicly traded company engaged in the business of providing networking infrastructure for storage and data management, where one division was sold for $8.5 million and the balance of the company successfully reorganized); State Line Hotel, State Line Casino, Jim's Enterprises (two hotels and casinos located in West Wendover, Nevada known as the State Line Hotel and Casino and the Silver Smith Hotel and Casino, which were sold for $55 million); Management Action Programs (a management consulting firm that successfully reorganized); Easyrider and Paisano Publications (publicly traded publishers of thirteen national magazines, which were sold for $12.3 million); Clifford Electronics (a manufacturer of automotive aftermarket and original equipment manufacturer security systems and components, primarily for automobiles, with annual sales of $40 million, which was sold for $20 million); Chorus Line Corporation and California Fashions Industries (one of the largest apparel companies in the country with annual sales of $500 million which engaged in a Chapter 11 liquidation); Avus (a distributor of computer systems with sales of in excess of $100 million, which was sold); A.J. Markets (chain of supermarkets sold for $5 million); Trancas Town (owner of 35 acres of raw developable land in Malibu, California that successfully reorganized); Association of Volleyball Professionals (professional beach volleyball league sold in Chapter 11); Louise's Trattoria (chain of 16 Italian food restaurants with $30 million in annual revenue sold in Chapter 11 for $7 million); Westward Ho Markets (a supermarket chain with $50 million of annual revenue and $20 million of debt which was restructured through a confirmed Chapter 11 reorganization plan); Special Effects Unlimited (one of the largest providers of special effects in the movie industry which was restructured through a confirmed Chapter 11 reorganization plan); Santa Barbara Aerospace (a heavy aircraft maintenance facility located at the former Norton Air Force base in San Bernardino, California, which was restructured and sold); Manchester Center (a 1.5 million square foot shopping center in Fresno, California which was sold for $25 million); Marbella Golf and County Club (a golf and country club located in San Juan Capistrano which successfully reorganized); Southwest Hospital (an acute care hospital located in Riverside which successfully reorganized); Servall Packaging Industries (a contract packaging company which was sold); Polaris Networks (a telecommunications networks and software company which successfully reorganized); and Prestige Products (a distributor of aftermarket automobile accessories which was sold). A sampling of Mr. Bender's representation of creditors' committees includes the representation of the creditors' committee in the Chapter 11 bankruptcy case of Trigem America (a wholly-owned subsidiary of one of the largest computer manufacturers in the world located in Korea whose case is currently pending) and Robinson Golf Holdings (the owner of a large golf resort development project). Mr. Bender has also represented numerous real estate related debtors in chapter 11. Mr. Bender is also one of California's leading lawyers in the arena of assignments for the benefit of creditors.

4

EDWARD M. WOLKOWITZ.  Mr. Wolkowitz has focused on the areas of insolvency and commercial law during more than 30 years of practice. He has represented debtors, creditors, trustees, receivers and creditors committees in a wide variety of cases. He also serves as a chapter 11 and chapter 7 panel trustee in the Central District of California and as a receiver for the Los Angeles Superior Court. He has extensive experience in representing various interests in complex reorganization cases in a number of different and diverse industries and has also operated a number of businesses as a trustee and receiver.  He has been involved in a number of cases that have made new law or clarified existing law in the Ninth Circuit,   including: Wolkowitz v. FDIC, 527 F. 3d 959 (9th Cir. 2008); Wolkowitz v. Beverly, 551 F.3d 1092 (9th Cir. 2008); In re Sylmar Plaza, LP, 314 F.3d 1070 (9th Cir. 2002); Wolkowitz v. American Research Corporation, 131 F.3d 788 (9th Cir. 1999); In re Moses, 167 F.3d 470 (9th Cir. 1999); Wolkowitz v. Shearson Lehman Bros., 136 F.3d 655, cert. denied, 525 U.S. 826 (1998); In re Cheng, 943 F.2d 1114 (9th Cir. 1991); In re Qintex Entertainment, 950 F.2d 1492 (9th Cir. 1991);  In re WLB_RSK Venture, 296 B.R. 509 (Bankr. C.D. Cal. 2003).   Mr. Wolkowitz was on the faculty of Southwestern University Law School from 1978 to 1994, rejoining the faculty in 2001, teaching courses in bankruptcy, commercial transactions and business reorganization. He has also lectured extensively for the California Continuing Education of the Bar, and as a panelist in programs sponsored by the American Bankruptcy Institute, the Los Angeles Bankruptcy Forum, and the Beverly Hills Bar Association.  Between 1994 and 2002, he served as a member of the City Council of Culver City, California, including two one-year terms as Mayor of Culver City.  Mr. Wolkowitz was admitted to the California Bar in 1976.  His educational background is as follows:  California State University, Northridge, (B.A., 1971); Southwestern University Law School (J.D., *cum laude*, 1975); The University of Michigan Law School (LL.M., 1976).   His publications include: "Debtors Have New Weapons Against Involuntary Bankruptcy," Journal of Corporate Renewal 12 (December 2007);  "Bankruptcy and Family Law: A Marriage of Irreconcilable Differences", 24 B.H. Bar J. 83 (1990);  "Insolvency and Bankruptcy," (Chapter 7) California Family Law Service, Bancroft-Whitney (1986);  "Legislative Analysis--Land Use Proposals", 8 Southwestern University Law Review 216 (1976);  "Land Use Controls: Is there a Place For Everything", 6 Sw.U.L.Rev. 607 (1974).  He is a member of the State Bar of California, the American Bar Association, Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the Financial Lawyers Conference and the National Association of Bankruptcy Trustees.  He has served as President and Vice President of the Los Angeles Bankruptcy Forum, is on the Editorial Board of the California Bankruptcy Journal and the Executive Committee of the Board of Governors of the Financial Lawyers Conference.

TIMOTHY YOO.  Mr. Yoo specializes in commercial litigation and bankruptcy.  Known throughout the region as a bankruptcy attorney who resolves difficult issues with creativity and efficiency, he consistently earns the highest rating in peer surveys, including being repeatedly listed as a "Super Lawyer."  Mr. Yoo received his undergraduate degree in business from University of Southern California with honors in 1987.  He then obtained his law degree from Loyola Law School with full merit scholarship in 1991.  Mr. Yoo completed a one-year clerkship with the Honorable Lisa Hill Fenning, United States Bankruptcy Judge for the Central District of California.  In March, 1998, he was appointed to the Panel of Chapter 7 Bankruptcy Trustees for the Central District of California.  Besides for serving as a Chapter 7 Trustee, Mr. Yoo also serves in numerous cases as a Chapter 11 Trustee, Bankruptcy Ombudsman, Liquidating Trustee and Chief Restructuring Officer.  Mr. Yoo's wide range of experience includes Taeil Media (represented a  multinational Korean corporation in one of the largest Orange County fraud cases); Destination Films (acted as Chapter 7 trustee to liquidate a large  film library); Winston Tires (represented the Chapter 7 Trustee);  Millennium-Pacific Icon Group (acted as Chapter 11

Trustee of one of the largest Korean American real estate developer); Daewoo Motors (defended creditors in preference actions); Bodies in Motion (acted as the first Consumer Privacy Ombudsman in the Central District of California to advise the court on a sale of a chain of fitness facilities); Small World Toys (represented the creditors' committee); Chorus Line Corporation and California Fashions Industries (acted as a liquidating trustee for one of the largest apparel companies in the country); IT Wheels (successfully defended a Chapter 7 Trustee in a Chapter 15 proceeding); Aoki Pacific Corporation (as Chapter 7 Trustee, completed public works projects); Dick Cepek, Inc. (acted as Chapter 7 Trustee to liquidate a chain of off-road vehicle parts stores); and Phoenix MC, Inc. (acted as the Chief Restructuring Officer for a hybrid automobile manufacturer). Mr. Yoo has lectured as a panelist in programs sponsored by Lorman Education Services, Office of the United Trustee and the National Asian Pacific American Bar Association. He also frequently writes for the Korea Times and California Continuing Education of the Bar.

DAVID B. GOLUBCHIK, born Kiev, Ukraine, January 10, 1971; admitted to bar 1996, California. Education: University of California, Los Angeles (B.A. 1992), Pepperdine University School of Law (J.D., 1996). Vice Chairman, Moot Court Board; Vice Magistrate, Phi Delta Phi International Legal Fraternity; American Jurisprudence Award in Business Reorganization in Bankruptcy. In addition to the State Bar of California, admitted to the U.S. District Court, Central, Southern, Eastern and Northern Districts of California. Law Clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Court, Central District of California (1996-1997). Member, American Bar Association, Los Angeles County Bar Association, Los Angeles Bankruptcy Forum. Practice emphasizes bankruptcy, corporate insolvency and creditors' rights. Language: Russian.

GARY KLAUSNER joined LNBYG as a senior partner in May 2014, from a senior shareholder position at Stutman, Treaster & Glatt. Mr. Klausner has exclusively practiced in the field of corporate restructuring and bankruptcy since 1976. He represents Chapter 11 debtors, secured and unsecured creditors, creditors' committees, trustees and receivers, licensors and franchisors, purchasers of assets out of bankruptcy cases and parties involved in litigation and appeals in connection with bankruptcy cases. He has handled cases involving a broad range of businesses and industries including real estate development, hospitality and restaurants, aerospace, entertainment, retail, health care and transportation. He also has expertise in Chapter 9 of the Bankruptcy Code, which is designed for the reorganization of municipalities. He currently chairs the American Bar Association's Chapter 9 Committee. Mr. Klausner was recognized in 2012 as "Bankruptcy Lawyer of the Year" by the Century City Bar Association, and was elected a Fellow of the American College of Bankruptcy in 2010. He is also a past president and member of the Board of Governors of the Financial Lawyers Conference and a past president and board member of the Los Angeles Bankruptcy Forum.

BRAD D. KRASNOFF, was admitted to the California Bar in 1986. His educational background is as follows: University of California at Los Angeles (B.A., 1982, Magna Cum Laude; J.D., 1986, Phi Beta Kappa). Extern, United States Attorney's Office, Civil Division, 1985. He is a member of the California State Bar Association, the Financial Lawyers Conference, the Los Angeles Bankruptcy Forum and the National Association of Bankruptcy Trustees. Since 1997, he has served as a Chapter 7 Panel Trustee appointed by the United States Trustee for the Central District of California. He authored the article "Case Control? Electing a Chapter 7 Trustee: The Trustee's Viewpoint", California Bankruptcy Journal, Vol. 26 (2002) 258. Mr. Krasnoff co-authored "Based on What? Trustee Compensation Scenarios under Section 326 of the Bankruptcy Code," 35 Cal. Bankr. J. 339 (2021).

ERIC P. ISRAEL was admitted to the California bar in 1987. His educational background is as follows: He holds degrees from the University of California at Los Angeles (B.A., 1981) and Southwestern University (J.D., with honors, 1987). Member, Southwestern University Law Review. He is a member of the Financial Lawyers Conference, The California (Board Member), Los Angeles and Orange County Bankruptcy Forums, and the Los Angeles County (Commercial Law and Bankruptcy Section, Bankruptcy Committee), Los Angeles County Bar and American Bar Associations. He has served as an editor of the California Bankruptcy Journal since 1998 and was special issue editor for the Special Trustee Issue (26 Cal. Bankr. J. vol. 26 (2002)); Mr. Israel currently serves as co-managing editor of the California Bankruptcy Journal. He was the Chairman of the Commercial Law and Bankruptcy Section of the L.A. County Bar Association (2014-2015) and Chairman of its Bankruptcy Committee (2013-2015) (formerly its Vice-Chair, Programs Chair and Secretary). He is a certified mediator through the Straus Institute for Dispute Resolution of the Pepperdine University School of Law and has served on the panel of mediators for the Bankruptcy Courts for the Central District of California from the inception of the mediation program in 1995 to the present. He has lectured and written on bankruptcy related matters. He authored the articles: (1) Debtors Beware: Exemption Planning in California Now Subject to Challenge, 32 Cal. Bankr. J. 317 (2021); (2) "Hints on Making the Most of Your Estate's Assets: Often Overlooked Methods to Maximize Equity", 26 Cal. Bankr. J. 199 (2002); and (3) "Of Racketeers, RICO, the Enterprise-Separateness Issue and Chicken Little: What's Really Falling?" 17 Sw. L. Rev. 565 (1988).

DANIEL H. REISS, partner of the firm, born April 19, 1962, Los Angeles, California. Business and Professional Experience:  1990 to present, primary practice areas of bankruptcy, insolvency, business reorganization and commercial litigation.  Tax Accountant with KMPG Peat Marwick, 1983-1987; Certified Public Accountant.  Education and Honors:  California State University, Northridge, summa cum laude, B.S., Business Administration, 1984; University of Southern California, courses in Masters in Business Taxation program, 1986; Loyola of Los Angeles Law School, J.D., 1990; St. Thomas Moore Honor Society, 1988-90; Staff and Note Editor, Loyola of Los Angeles Law Review, 1988-1990; President of Phi Delta Phi legal honor fraternity.  Bar Admissions:  1990 State of California, U.S. Federal District Court for the Southern, Central, Eastern and Northern Districts of California.  Professional Memberships:  California State Bar, Bankruptcy and Commercial Law Sections, Los Angeles Bankruptcy Forum, The Association for Corporate Growth.  Lecturer:  California Credit Managers Association, "Hostile Takeovers in Bankruptcy;" Credit and Financial Services Division of the National Association of Credit Managers, "Creditors' Revenge:  Involuntary Bankruptcy Petitions;" Haight, Brown & Bonesteel, L.L.P., "So, You Want to Be a Millionaire?"  Voted 2006 Southern California Super Lawyer.

MONICA YOUNG KIM, born Daejon, S. Korea, June 4, 1970; admitted to bar 1995, California.  Education: University of California at Berkeley (B.A., 1991); Hastings College of the Law (J.D., 1995).  Law Clerk to the Honorable Jane Dickson McKeag, U.S. Bankruptcy Judge, Eastern District of California, 1995-96.

BETH ANN R. YOUNG, born Santa Monica, California, June 30, 1964; admitted to bar December, 1989, California.  Admitted to the United States District Court, Central, Eastern, Northern and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit.  Education: University of California at Los Angeles (B.A., 1986); Loyola Law School (J.D., 1989).    Member: American Bar Association, Century City Bar Association,

Beverly Hills Bar Association, Financial Lawyers' Conference, and Los Angeles Bankruptcy Forum. Reported Decisions: San Paolo U.S. Holding Company v. 816 South Figueroa Company (1998) 62 Cal. App. 4th 1010, 1026; and Ziello v. First Federal Bank (1995) 36 Cal. App. 4th 321, 42 Cal. Rptr. 2d 251. Presenter: "Domestic Partnerships in California: Important New Rules Affecting Creditors," October, 2004.

IRVING M. GROSS. Mr. Gross has practiced law in California for over 30 years. After graduating from the University of California at Los Angeles in 1968 (B.A., *Cum Laude*), Mr. Gross attended law school at Boalt Hall, University of California at Berkeley (J.D., 1972). After graduation from law school, Mr. Gross served as the law clerk for the Hon. Robert Firth, Judge of the United States District Court for the Central District of California. Following his clerkship, Mr. Gross joined the Los Angeles law firm of Simon & Sheridan, a firm prominent for its expertise in federal litigation. After becoming a partner at Simon & Sheridan, Mr. Gross joined Robinson, Wolas & Diamant, a highly regarded Los Angeles law firm specializing in insolvency and creditors' rights, and eventually became the head of the firm's litigation department. Mr. Gross' litigation practice has always been broad-based: he has represented clients including major corporations such as McKesson Corp., Chicago Title Insurance Company, 20th Century Fox Corp., Interstate Bakeries Corp., Nutro Products, Inc. and Allstate Financial, in business, commercial, real estate and employment litigation, including jury and non-jury trials. These include a successful eight-week jury trial in the Los Angeles Superior Court representing former bank directors sued for breach of fiduciary duty, and a successful two-week jury trial in the United States District Court defending a Fortune 100 company in a wrongful termination case. A significant part of Mr. Gross' practice involves the representation of bankruptcy trustees, chapter 11 debtors, and creditor committees and individual creditors in insolvency litigation, such as Mr. Gasket (public company in the automotive parts industry), Qintex Entertainment, Inc. (public company in the entertainment industry) and Condor Systems, Inc. (public company in the defense industry). Mr. Gross has also represented the prevailing parties in appeals in both state and federal courts. His published decisions include In re Rossi, 86 B.R. 220 (9th Cir. BAP 1988); First Pacific Bancorp, Inc. v. Bro, 847 F.2d 542 (9th Cir. 1988); In re Qintex Entertainment, Inc., 950 F.2d 1492 (9th Cir. 1991); Bergman v. Rifkind & Sterling, Inc., (1991) 227 Cal.App.3d 1380; In re Qintex Entertainment, Inc., 8 F.3d 1353 (9th Cir. 1993); In re Advent Management Corp., 178 B.R. 480 (9th Cir. BAP 1995); American Sports Radio Network, Inc., et al. v. Krause, 546 F.3d 1070 (9th Cir. 2008). Mr. Gross is a member of the Litigation and Prejudgment Remedies sections of the Los Angeles County Bar Association, and the Litigation section of the American Bar Association. Mr. Gross has also served as a judge pro tem of the Los Angeles Superior Court.

PHILIP A. GASTEIER. Mr. Gasteier's more than 30 years of practice has included a broad range of bankruptcy and insolvency representation, including Chapter 11 debtors, trustees in Chapter 7 and Chapter 11 cases, creditors, committees, buyers, landlords and parties to executory contracts, with particular emphasis on complex reorganizations and structuring transactions. In his first decade of practice in Philadelphia, Mr. Gasteier successfully represented landlords and purchasers of leasehold interests in large cases such as Food Fair and Lionel, and participated in preparation of materials for presentation to Congress in connection with hearings leading to the Shopping Center Amendments to the Bankruptcy Code in 1984. He counseled extensively in connection with insolvency and bankruptcy aspects of commercial leases for shopping centers and retail chains, and authored "Shopping Centers As Utilities Under the Bankruptcy Code," Shopping Center Legal Update, Summer, 1983. Mr. Gasteier also provided insolvency counseling in connection with bond and other securities transactions. Mr. Gasteier was involved in representation of creditor or equity committees in matters including Franklin

Computer, Manson-Billard_Industries and Monroe Well Service, Inc.  Debtor representation included Motor Freight Express, a multi-state motor carrier, and Dublin Properties.  Mr. Gasteier's practice in Los Angeles has included entertainment and other intellectual property matters, such as Fries Entertainment, Inc., Qintex Entertainment, Inc., and Hal Roach Studios, Inc. where he was primarily responsible for structuring and confirming chapter 11 plans, as well as representation of Carolco Pictures, Inc. and Paramount Studios.  He has provided specialized insolvency counseling and litigation support in connection with numerous transactions, licenses and other entertainment contracts.  Mr. Gasteier argued In re: Qintex Entertainment, Inc., 950 F.2d 1492 (9th Cir. 1991) to the Ninth Circuit U.S. Court of Appeals, a principal case establishing the executory contract analysis applicable to copyright licenses, and determining that participation rights constitute unsecured claims.  Other debtor representation has included Currie Technologies Inc.; Wavien, Inc; Ocean Trails L.P.; Superior Fast Freight, Inc.; and B.U.M. International, Inc.  Mr. Gasteier has been involved in creditor committee representation in cases such as House of Fabrics, California Pacific Funding, Ltd., Condor Systems, Inc. and Chase Technologies, Inc.  Mr. Gasteier is a graduate of the Law School of the University of Pennsylvania (J.D. 1977) and the Ohio State University (B.A. 1974).  He was admitted to the Pennsylvania Bar in 1977 and to the California Bar in 1987.  He is also a member of the bar of the United States District Court, Central, Eastern and Northern Districts of California; the U.S. District Court, Eastern District Court of Pennsylvania, and the Ninth and Third Circuit Courts of Appeals.  He is a member of the American Bankruptcy Institute, the American Bar Association, the State Bar of California, the Century City Bar Association, the Financial Lawyers Conference and the Los Angeles County Bar Association, where he served as a member of the Bankruptcy Sub-Committee of the Section on Commercial Law and Bankruptcy from (1990-1992).  He has been active in civic affairs, and is a past President (2008-2009), Vice President (2006-2008) and Board Member (2004-2009) of the Greater Griffith Park Neighborhood Council, an official body of the City of Los Angeles.

JOHN N. TEDFORD, IV, is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. John joined Levene Neale in February 2025, after over 22 years at Danning, Gill, Israel & Krasnoff, LLP.  For over 20 years, John Tedford has represented debtors, creditors, trustees and receivers in bankruptcy and other insolvency matters.  He represents clients in all California state and federal courts, especially bankruptcy courts.  He is also a member of the bar of the U.S. Supreme Court.  When not representing clients, John often speaks and writes about trending issues in his field.  He is a regular contributor of e-Bulletins published by the Insolvency Law Committee of the California Lawyers Association's Business Law Section.  His articles have been published in the California Bankruptcy Journal, ABI Journal, and Norton's Annual Survey of Bankruptcy Law. John also is active in a number of legal organizations.  He was recently selected to be a Fellow of the American College of Bankruptcy, and will be inducted in the 36th Class of the College in March 2025.  He is currently a Lawyer Representative to the Ninth Circuit Judicial Conference, President of the California Bankruptcy Forum, and Treasurer of the Century City Bar Association.  He is a board member and former officer of the Los Angeles Bankruptcy Forum (serving as its President in 2017-2018) and Financial Lawyers Conference (serving as its President in 2023-2024).  John also is a former co-chair of the Insolvency Law Committee of the Business Law Section of the California Lawyers Association.

EVE H. KARASIK is a business restructuring and bankruptcy attorney who focuses her practice on the representation of business entities in a variety of industries. In addition to representing corporate debtors, Ms. Karasik has represented creditors' committees, equity committees, post-confirmation liquidating trusts and Bankruptcy Code section 524(g) trusts, and significant creditors and litigation parties in cases pending around the country. She began her

legal career at Stutman, Treister & Glatt P.C., a nationally recognized bankruptcy boutique where she practiced until May 1, 2014 when the firm had to close its doors. She spent one year thereafter managing the Los Angeles office of Gordon Silver, a multi-practice firm with primary offices in Nevada. Ms. Karasik has a breadth of experience representing entities in wide variety of industries, with significant expertise in gaming, retail, and the food and beverage industry, among others. Some of her Debtor representations of note include: Imperial Capital Bancorp, Inc. (San Diego, CA, *Bank Holding Company*), Utah 7000, LLC, et al (Salt Lake City, UT, *Luxury Real Estate Development*), Resort at Summerlin, et al (Las Vegas Nevada, *Gaming*); Gold River Hotel & Casino, et al (Las Vegas, Nevada, *Gaming*), Falcon Products, Inc., et al (St. Louis, MO, *Furniture Manufacturer*), Clark Retail Group, et al (Chicago, IL, *Gas Station and Convenience Stores*), MJ Research, Inc. (Reno, NV, *Bio Tech*), Cell Pro, (Seattle, Washington, *Bio Tech*); and U.S. Aggregates, Inc., et al (Reno, NV, *Mining*). Her creditor and equity committee representations include Circus and Eldorado Joint Venture, et al. (Reno, NV, *Gaming*), Riviera Holdings Corporation, et al. (Las Vegas, NV. *Gaming*), Eurofresh, Inc., et al (Phoenix, AZ, *Food Producer and Distributer*), USA Capital First Trust Deed Fund (Las Vegas, NV, *Real Estate Investment Fund*), Aladdin Gaming, Inc. (Las Vegas, NV, *Gaming*), New Meatco Provisions, LLC. (Los Angeles, CA, *Protein Distribution*) and Amerco (Reno, NV, *Retail/Trucking*). Ms. Karasik has also served as counsel to the Trustee in the Securities Investor Protection Corporation liquidation proceeding of W.S. Clearing, Inc. (Los Angeles, CA, *Securities Clearinghouse*), counsel to the Examiner in the Fontainebleau Las Vegas Holdings, LLC., et al. (Miami, FL, *Gaming*), and counsel to the J.T. Thorpe Settlement Trust, the Thorpe Insulation Company Settlement Trust, Plant Insulation Settlement Trust, and the Western Asbestos Settlement Trust (Reno, NV, *Section 524(g) Bankruptcy Trusts*). Ms. Karasik has received several awards in her field, including the Century City Bar Association Bankruptcy Attorney of the Year for 2015, and the Turnaround Managers Association "2007 Large Company Transaction of the Year" award for her work on the U.S.A. Commercial Mortgage Company Chapter 11 Cases. She is also been named as a Southern California States Super Lawyers®, 2012-2015 for Bankruptcy & Creditor/Debtor Rights; Best Lawyers in America®, Bankruptcy and Creditor-Debtor Rights Law – 2007- 2015; and AV/Preeminent Attorney® as rated by Martindale-Hubbell®, 5.0 out of 5.0.

JULIET Y. OH, born Tenerife, Canary Islands (Spain), September 15, 1975; admitted to bar 2000, California. Education: Stanford University (B.A.1997), University of California, Los Angeles (J.D., 2000). Extern with the Office of the United States Trustee for the Central District of California, 1999. In addition to the State Bar of California, admitted to the U.S. Federal District Court for the Central, Southern, and Eastern Districts of California. Member, American Bar Association, Los Angeles County Bar Association.

TODD M. ARNOLD, born Sacramento, California, December 17, 1973. Admitted to the State Bar of California 2002. In addition to the State Bar of California, admitted to the U.S. District Court for all Districts of California. Education: University of California, Los Angeles (B.A. 1997), Loyola Law School, Los Angeles (J.D. 2002), *Order of the Coif*. Extern and Law Clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Judge (2002-2003). Member, American Bar Association, Los Angeles County Bar Association, American Bankruptcy Institute and Financial Lawyers Conference.

TODD A. FREALY. Mr. Frealy represents Chapter 7 trustees throughout the Central District of California in all aspects of case administration and litigation. Mr. Frealy also represents banks, landlords and other creditors in Chapter 11 cases and adversary proceedings. Mr. Frealy was appointed to the Panel of Chapter 7 Bankruptcy Trustees for the Central District

of California in July 2010.  Mr. Frealy is a graduate of Southwestern University School of Law (J.D. 1998) and the University of California, Los Angeles (B.A. 1995).  He was a law clerk to the Honorable David N. Naugle, U.S. Bankruptcy Court, Central District of California, Riverside Division (1998-2000).  During law school he was an extern to the Honorable Mitchel R. Goldberg and Honorable Arthur M. Greenwald, U.S. Bankruptcy Courts for the Central District of California.  He is a member of the Board of Directors for the Inland Empire Bankruptcy Forum and a member of the Los Angeles County Bar Association and the Los Angeles Bankruptcy Forum.  In 2009, Mr. Frealy was recognized as a "Rising Star" in a listing published by Super Lawyers magazine.  He was admitted to the California Bar in 1998, and is admitted to the Central, Eastern, Northern and Southern Districts of California.

CARMELA T. PAGAY.  Ms. Pagay specializes in representation of debtors in reorganizations and liquidations, creditor committees, and Chapter 7 and Chapter 11 trustees, and bankruptcy litigation.  Ms. Pagay received her Bachelor of Arts Degree in Political Science from the University of California, Los Angeles in 1994, and her Juris Doctor from Loyola Law School, Los Angeles in 1997, where she was Senior Production Editor of the Loyola of Los Angeles International and Comparative Law Journal.  Ms. Pagay is admitted to practice before the United States District Court, Central, Eastern, Northern, and Southern Districts, the Ninth Circuit Court of Appeals, and the United States Supreme Court.  She is currently a member of the Beverly Hills Bar Association, Bankruptcy Section Executive Committee, the Los Angeles County Bar Association, and the Women Lawyers Association of Los Angeles, and is also an editorial board member of the Los Angeles Lawyer magazine.

KRIKOR J. MESHEFEJIAN, born, Los Angeles, California.  Admitted to California State Bar, January 2008.  Education: University of California, Irvine (B.A., 2003); University of Illinois College of Law (J.D., 2007).  Experience: Law Clerk to the Honorable Geraldine Mund, United States Bankruptcy Judge for the Central District of California, October 2007 - January 2008; Law Clerk to the Honorable Victoria S. Kaufman, United States Bankruptcy Judge for the Central District of California, March 2008 - September 2008.

JOHN-PATRICK M. FRITZ, born, New Orleans, Louisiana.  Admitted to California State Bar, December 2006.  Education: Tufts University, Massachusetts (B.A., 2001); Southwestern University School of Law (J.D., 2006).  Experience: Law Clerk to the Honorable Maureen A. Tighe, United States Bankruptcy Judge for the Central District of California, August 2007 – August 2009.

RICKY STEELMAN is a senior litigator at Levene, Neale, Bender, Yoo & Brill L.L.P.  Mr. Steelman's client-centered and resolution-driven practice focuses on complex commercial disputes, including litigation connected to bankruptcy, restructuring and insolvency. His extensive business litigation experience includes successful representation of individuals, Fortune 500 companies, hospitals, and emergency physician groups in state and federal courts, private arbitrations, and more than 75 appeals in the various appellate districts of the California Courts of Appeal, as well as the United States Court of Appeals for the Ninth Circuit.

Not only an experienced appellate attorney and litigator, Mr. Steelman also has substantial bankruptcy experience in numerous bankruptcy matters and adversary proceedings. Specifically, he played a critical role in obtaining summary judgment (resulting in a published decision in favor of a Fortune 100 financial institution) where the bankruptcy court granted his plaintiff client's request for substantive consolidation. That judgment forced seven non-debtor entities and three non-debtor individuals involved in a multi-million dollar mortgage-relief fraud scheme into the primary debtor-entity's Chapter 7 bankruptcy and under the purview of the

bankruptcy court. This resulted in better protections for vulnerable consumers and members of the community, as well as financial institutions and corporations.

In addition to his significant class action defense work in federal court, Mr. Steelman has appeared numerous times in California probate court. He first chaired a probate trial where he successfully challenged the executor's final accounting of a probate estate and the executor's request for extraordinary fees in connection with that estate. That probate decision after a multiple-day trial resulted in greater financial distributions to Mr. Steelman's client, as well as several other non-profit organizations across the country.

Mr. Steelman is very proud to be a two-time Cooke Scholar after being selected for the 2002 Jack Kent Cooke Foundation Undergraduate Scholarship and the 2006 Jack Kent Cooke Foundation Graduate Scholarship – a rare and coveted accomplishment in today's competitive world. He is also honored to have been named a Southern California Super Lawyers "Rising Star" each year since 2013.

Prior to joining the firm, Mr. Steelman worked more than 8.5 years at Bryan Cave Leighton Paisner LLP as a litigation, appellate, and class action associate. He also worked at Buchalter as special counsel, focusing on complex healthcare litigation relating to provider-payor disputes. Mr. Steelman graduated *magna cum laude* from Pepperdine University with a B.A. in Political Science and a Music Minor in 2003. He graduated *cum laude* from Pepperdine University School of Law in 2009. Mr. Steelman is licensed in all California state and federal courts and the U.S. Court of Appeals for the Ninth Circuit. He is a member of the California Society for Healthcare Attorneys, the American Health Lawyers Association, the Los Angeles County Bar Association and its Appellate Courts, Litigation, and Healthcare Law sections.

JEFFREY S. KWONG joined LNBYG as an associate in 2014. Prior to joining the firm, Mr. Kwong served for two years as law clerk to the Honorable Deborah J. Saltzman, United States Bankruptcy Judge for the Central District of California.  Mr. Kwong obtained his J.D. in 2012 from the University of California, Berkeley, Boalt Hall School of Law, where he served as an editor for the Berkeley Journal of International Law and a Senior Articles Editor for the Asian American Law Journal.  He received his undergraduate degree, summa cum laude, from the University of California, San Diego.  He is a member of the Beverly Hills Bar Association, the Financial Lawyers Conference, and the Los Angeles Bankruptcy Forum.

JOE ROTHBERG joined LNBYG as a partner in 2021. Mr. Rothberg has broad experience across a variety of commercial litigation matters, including in state courts, federal courts, bankruptcy courts, and in private arbitrations. Mr. Rothberg has conducted litigation across a wide assortment of industries, including the textile and apparel industries, the aerospace industry, tech industry, the lending and banking industries, the vending and laundromat industries, the publishing industry, and in the commercial and residential real estate industries. In addition, Mr. Rothberg serves as outside general counsel for a number of small to medium-sized businesses in California and the New York City area.

Before joining the firm, Mr. Rothberg was an attorney at Brutzkus Gubner LLP for nine years. Prior to that, he served as a judicial extern to the Honorable Maureen A. Tighe, United States Bankruptcy Judge for the Central District of California. Mr. Rothberg obtained his J.D. in 2012 from the University of California, Los Angeles, where he served as the managing editor for the UCLA Journal of International Law and Foreign Affairs. He received a Bachelor of Arts in 2008 from the University of California, Berkeley with High Honors in history and a minor in music.

Mr. Rothberg has authored several legal analysis articles for Forbes online, regard- ing various commercial and intellectual property issues. Mr. Rothberg is licensed to practice in both

California and New York. He is a member of the New York State Bar Association. Mr. Rothberg has been named a "Rising Star" by Southern California Super Lawyers each year since 2016, and has been named to the "Up and Coming 100" each year since 2019.

### SENIOR COUNSEL

KURT RAMLO, a Los Angeles native, provides restructuring advice to business organizations facing financial distress. His practice includes guiding organizations throughout-of-court and chapter 11 reorganizations, as well as related transactions and litigation. He routinely provides advice on structuring cutting-edge transactions on behalf of public and private debtors, foreign representatives, receivers, shareholders, plan sponsors, third-party acquirers, secured and unsecured creditors, creditors' committees and post-petition lenders, as well as other restructuring professionals. A former Assistant United States Attorney, Mr. Ramlo also has extensive trial and commercial litigation experience in bankruptcy and federal district courts. His representative chapter 11 matters include advising the debtors in NexPrise, Inc.; Hingham Campus; Minor Family Hotels; Delphi Corporation; Refco; Blue Bird Body Company (prepackaged plan); Friedman's Jewelers; First Virtual Communications; Kmart Corporation; ZiLOG, Inc. (prepackaged plan); Stone & Webster; Wilshire Center Marketplace (Ambassador Hotel); Washington Group; and Furr's Supermarkets; the foreign representatives in Flightlease Holdings and SunCal; the receiver in private equity management group; equity stockholders or plan sponsors in Charter Communications; Crescent Jewelers; Oregon Arena Corporation; Old UGC; and Clift Holdings (The Clift Hotel); asset purchasers and bidders in Medical Capital Holdings; Variety Arts Theatre; Chef Solutions Holdings; People's Choice Financial Corporation; Sun World; The Walking Company; Centis; and iSyndicate; estate professionals in General Growth Properties and Leap Wireless; and creditors in Cocopah Nurseries; One Pelican Hill North, L.P.; McMonigle Residential Group; Contessa Premium Foods; LBREP/L-Lehman SunCal Master I, LLC; Phoenix Coyotes; GTS 900 F (Concerto); Cupertino Square; American Home Mortgage; Trump Casinos; Consolidated Freightways; Loral Space & Communications; Leap Wireless; DirecTV Latin American; Northwestern Corporation; Airwalk; Centis; Regal Cinemas; eToys; Excite/At Home Corporation; Paracelsus Healthcare; and the creditors' committee in Hamakua Sugar Company. Litigation matters include CanAm Capital Holdings (Ponzi scheme fraudulent transfer action); Lyondell Chemical (New York LBO fraudulent transfer action); Linens N Things (preference); patent holder (obtaining stay pending appeal of $112 million judgment); S&W Bach (New York fraudulent transfer action); One Pelican Hill North (California lender liability); Lost Lakes (Washington lender liability); satellite dish provider (piracy and dischargeability); Prium (lender liability); Spansion, Inc. (transfer pricing dispute); Delphi (Michigan state tax litigation; vendor litigation); Refco (Swiss securities litigation); Old UGC ($3.7 billion breach of merger action); Airwalk (debt recharacterization trial); various action representing the United States (Medicare fraud and dischargeability; surety bond enforcement; loan and guaranty enforcement; wrongful foreclosure litigation; enforcement of criminal fines and restitution orders). Published decisions issued in matters litigated by Mr. Ramlo include <u>United States Pac. Ins. Co. v. United States Dep't of Interior</u>, 70 F. Supp. 2d 1089 (C.D. Cal. 1999); <u>Secretary of HUD v. Sky Meadow Assoc.</u>, 117 F. Supp. 2d 970 (C.D. Cal. 2000); <u>Yunis v. United States</u>, 118 F. Supp. 2d 1024 (C.D. Cal. 2000); and <u>United States Dep't of Educ. v. Wallace (In re Wallace)</u>, 259 B.R. 170 (C.D. Cal. 2000). He is a co-author of "American Bankruptcy Reform and Creativity Prompt the In re Blue Bird Body Company One-Day Prepackaged Plan of Reorganization," International Corporate Rescue, Kluwer Law International (London) (December 2006), included in Expedited Debt Restructuring: An International Comparative Analysis, Rodrigo Olivares-Caminal ed., Kluwer Law International (The Netherlands) (2007). In 1993, Mr. Ramlo obtained his law degree from the University of

California, Davis and in 1990 a Bachelor of Music degree, with a concentration on music performance on bassoon, from California State University, Northridge.

ANTHONY A. FRIEDMAN was born in Los Angeles, California. He received his Juris Doctor degree from the University of La Verne School of Law and his Bachelor of Arts degree from the University of California at San Diego. Mr. Friedman primarily practices in the bankruptcy area and focuses on Trustee, Debtor and Creditor representation, as well as commercial litigation. Prior to joining Levene Neale Bender Yoo & Brill LLP, Mr. Friedman was a judicial extern for the Honorable Kathleen Thompson, United States Bankruptcy Judge, Central District of California, an associate at Weinstein, Eisen & Levine, Greenberg & Bass, Weintraub & Aver, LLP, and most recently, Moldo Davidson Fraioli Seror & Sestanovich LLP. Mr. Friedman is admitted to practice in the state courts of California the United States District Court for the Central District of California and the 9th Circuit Court of Appeals. Mr. Friedman practices in the areas of bankruptcy, commercial litigation and corporate transactions. Mr. Friedman is a member of the Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the Financial Lawyer's Conference, the Commercial Law League of America, and the San Fernando Valley Bar Association. Mr. Friedman is also a volunteer in the Public Counsel Law Center Bankruptcy pro bono project.

MICHAEL G. D'ALBA joined LNBYG in May 2024 as Senior Counsel. He represents Chapter 7 trustees in investigations and avoidance actions, including on appeal. His practice extends to representing partition referees, receivers, judgment creditors, and debtors in possession in litigation matters. Prior to joining LNBYG, Mr. D'Alba practiced at a bankruptcy law firm in Los Angeles for 14 years. His experience there included representing the receiver of a Ponzi scheme in avoiding and recovering transfers and liquidating other assets; prevailing for the trustee on appeal when a transferee argued that a one-year statute of limitations under state law should apply over a two-year statute of limitations under bankruptcy law; avoiding unequal property settlement agreements that were followed by bankruptcy; enforcing the discharge injunction on behalf of reorganized debtors, obtaining monetary sanctions; collecting judgments, including by judicial foreclosure; and selling by auction the intellectual property assets of a defunct media enterprise. During this time, he authored *Non-filing Spouses, Homestead Exemptions, and Voidable Transactions*, 34 CAL. BANKR. J. 77 (2017), and *Based on What? Trustee Compensation Scenarios Under Section 326 of the Bankruptcy Code*, 35 CAL. BANKR. J. 339 (2021) (Brad D. Krasnoff, co-author). Mr. D'Alba is a member of the Financial Lawyers Conference, the Los Angeles Bankruptcy Forum, and the Century City Bar Association. He has participated in the James T. King Bankruptcy Inn of Court and volunteered for Public Counsel's bankruptcy pro bono program. Upon graduating from Princeton University and Rutgers University School of Law, Mr. D'Alba practiced in the commercial litigation department of a New Jersey law firm, which included representing Chapter 11 debtors in the residential real estate development industry.

## ASSOCIATES

LINDSEY L. SMITH was born in Bloomfield Hills, Michigan. Education: Boston University, Boston, MA (B.A., 2006); Loyola Law School, Los Angeles, CA (J.D., *Cum Laude*, 2009). Experience: Law Clerk at 1736 Family Crisis Center May 2008 – June 2009.

ROBERT M. CARRASCO joined LNBYG as an associate attorney in May 2023. Before joining LNBYG, Mr. Carrasco was a judicial law clerk for the Hon. Martin R. Barash in the Central District of California- Bankruptcy Court. Prior to that, Mr. Carrasco served as a judicial law clerk for the Hon. Cecelia G. Morris in the Southern District of New York – Bankruptcy Court. Mr. Carrasco also externed and clerked for the Hon. Maureen Tighe in the Central District of California – Bankruptcy Court.    Mr. Carrasco obtained his J.D. from Southwestern Law School. There, Mr. Carrasco served as a lead articles editor for the *Southwestern Law Review*. Mr. Carrasco obtained his B.A from California State University, Long Beach

## PARAPROFESSIONALS

JASON KLASSI received his Bachelors of Arts degree from the University of California at Los Angeles graduating Magna Cum Laude in 1979.  He has over 20 years of paralegal experience within the State of California currently working at the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. since its inception in 1995.  Mr. Klassi maintains compliance for paralegal qualification under Business & Professions Code 6450(c)(3) and (d).  He also is an active member of the Los Angeles Paralegal Association.

LOURDES CRUZ is a bankruptcy paralegal/legal assistant who received her Associate of Arts degree in computer science from the Institute of Computer Technology College graduating with honors in 1996.  Ms. Cruz has been working with law firms specializing in bankruptcy for over 10 years.  From 1999 to 2003 she worked for Weinstein, Eisen & Weiss LLP.  From 2003 to 2005 she worked for Jeffer, Mangels, Butler & Marmaro LLP.  Since August 2005 she has been working with Levene, Neale, Bender, Yoo & Brill L.L.P.  Ms. Cruz continues her paralegal education by staying in compliance with MCLE requirements under Business and Professions Code 6450(c)(3) and (d).

CONNIE RAY is a Trustee Administrator/Paralegal who received her Paralegal Certificate from the UCR Extension Paralegal Training Program. She received her bachelor's degree from the University of California, Santa Barbara in 1997. Prior to joining the Firm, she worked for the U.S. Bankruptcy Court, Central District of California, for 12 years, including working as Judicial Assistant to the Honorable Peter H. Carroll from 2002 to 2010.

LISA MASSE received her Bachelor of Arts Degree in Communication Studies at California State University Northridge, graduating with honors.  Ms. Masse has been working with law firms specializing in bankruptcy for the past 20 years.  She was employed by the law firm of Stutman, Treister & Glatt, Professional Corporation from January 2001 until April 2014.  In May 2014, she joined the firm of Levene, Neale, Bender, Yoo & Brill, L.L.P.  Ms. Masse continues her paralegal education by maintaining MCLE compliance.

DAMON WOO is a bankruptcy paralegal/legal assistant who received his Legal Assistant Training from the Beverly Hills Bar Association.  Mr. Woo has been working for Levene, Neale, Bender, Yoo & Golubchik, L.L.P. since November 1999.  Mr. Woo continues his paralegal education by staying in compliance with MCLE requirements under Business and Professions Code 6450(c)(4) and (d).

REBECKA MERRITT received her Bachelor of Science Degree in Integrative Studies at Kennesaw State University. Ms. Merritt has been working with law firms for the past six years. She was employed by The Zagoria Law Firm, a Personal Injury firm in Atlanta, Georgia, as a legal assistant/paralegal from January 2018 until February 2022. Ms. Merritt was also employed as a legal secretary at Moray & Agnew Law Firm in Newcastle, Australia, in Property Law, from July 2022 until January 2023. In January 2023, she joined the firm of Levene, Neale, Bender, Yoo & Golubchik, L.L.P.  Ms. Merritt continues her paralegal education by maintaining MCLE compliance.

# EXHIBIT "2"

LAW OFFICES
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

SCHEDULE OF HOURLY BILLING RATES
(Effective January 1, 2025)

| ATTORNEYS | 2025 Rates |
|---|---|
| DAVID L. NEALE | 750 |
| RON BENDER | 750 |
| TIMOTHY J. YOO | 750 |
| DAVID B. GOLUBCHIK | 750 |
| EVE H. KARASIK | 750 |
| GARY E. KLAUSNER | 750 |
| ERIC P. ISRAEL | 750 |
| BRAD D. KRASNOFF | 750 |
| EDWARD M. WOLKOWITZ | 750 |
| BETH ANN R. YOUNG | 750 |
| MONICA Y. KIM | 725 |
| PHILIP A. GASTEIER | 725 |
| JOHN N. TEDFORD, IV | 725 |
| DANIEL H. REISS | 725 |
| TODD A. FREALY | 725 |
| KURT RAMLO | 725 |
| RICHARD P. STEELMAN, JR. | 725 |
| JULIET Y. OH | 725 |
| TODD M. ARNOLD | 725 |

| | |
|---|---|
| KRIKOR J. MESHEFEJIAN | 725 |
| JOHN-PATRICK M. FRITZ | 725 |
| JOSEPH M. ROTHBERG | 725 |
| JEFFREY KWONG | 725 |
| MICHAEL D'ALBA | 725 |
| CARMELA T. PAGAY | 700 |
| ANTHONY A. FRIEDMAN | 700 |
| LINDSEY L. SMITH | 650 |
| ROBERT CARRASCO | 550 |
| PARAPROFESSIONALS | 300 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **TRUSTEE'S NOTICE OF APPLICATION AND AMENDED APPLICATION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P AS SUCCESSOR GENERAL BANKRUPTCY COUNSEL; STATEMENT OF DISINTERESTEDNESS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 19, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Eskandar Alex Beroukhim    alex.beroukhim@arnoldporter.com
- Brian K Condon    Brian.Condon@arnoldporter.com, edocketscalendaring@arnoldporter.com
- Carolyn A Dye (TR)    trustee@cadye.com, c197@ecfcbis.com;atty@cadye.com
- Anthony A. Friedman    aaf@lnbyg.com
- Eric P Israel    epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Alphamorlai Lamine Kebeh    MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- Elan S Levey    elan.levey@usdoj.gov, julie.morales@usdoj.gov
- Kerri A Lyman    klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com
- Amy Lee Nashon    anashon@troygould.com
- Michael Abtin Shakouri    mshakouri@goodkinlaw.com, mcortez@goodkinlaw.com
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2.    SERVED BY UNITED STATES MAIL**: On **February 19, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 19, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 19, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

James Capital Advisors, Inc.
#10794

Debtor
James Capital Advisors, Inc.
1612 E Lancaster Blvd
Lancaster, CA 93535

ABM Industry Groups, LLC
Attn Parking Ofc
Los Angeles, Ca 90024-3721

Allen Matkins Leck Gamble Mallory
865 South Figueroa, Suite 2800
Los Angeles, CA 90017-2795

Costar Group Inc
1331 L Street NW
Washington, Dc 20005-4293

JPMorgan Chase Bank  N A
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe LA 71203-4774

Chelsea Mandel II, LLC
Attn:  Chelsea Mandel
61 Cardinal Drive
Roslyn, NY 11576-2721

De Park Ave Operating Company, LLC
10960 Wilshire Boulevard, Suite 120
Los Angeles, CA 90024-3712

Four Seasons Punta Mita
63734 Corral Del Risco
Nayarit – 63727
**Mexico**

JFB Legal
500 East Main Street,Suite 1400
Norfolk, Va 23510-2206

James Capital, LLC
10960 Wilshire Blvd, Ste 805
Los Angeles, Ca 90024-3729

LOOPNET
PO BOX 791466
Baltimore, MD 21279-1466

Mike James
3811 Bowsprit Circle
Westlake Village, CA 91361-3815

Mike James NNN, Inc
3811 Bowsprit Circle
Westlake Village, CA 91361-3815

RAM Investments, LLC
Attn:  Mark Richardson
729 N Shore Drive
Charleston, SC 29412-4215

Reonomy
251 Park Avenue, Fl 6
New York, NY 10010-7302

Reed Melillo
818 North Alfred Street, Apt 3
Los Angeles, CA 90069-4779

SBA
PO Box 3918
Portland, OR 97208-3918

Scottsdale Fashion Square Office
Attn Aaron White, Macerich
401 Wilshire, Suite 400
Santa Monica, CA 90401-1465

Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067-1465

Thomas Johnson
8450 E Lincoln Dr
Scottsdale, AZ 85250-5728

Zoominfo Technologies LLC
805 Broadway Street, Suite 900
Vancouver, WA 98660-3506