| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ERIC P. ISRAEL (State Bar No. 132426)<br>EPI@LNBYG.COM<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br><br>tel: (310) 229-1234<br>fax: (310) 229-1244<br><br>☒ *Attorney for*: Carolyn A. Dye, Chapter 7 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 09 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY evangeli   DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| In re:<br><br>JAMES CAPITAL ADVISORS, INC.,<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-14820-BB<br>CHAPTER: 7<br><br>**ORDER ON <u>FIRST</u> APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331) (DOCKET NO. 125)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE:  October 8, 2025<br>TIME:  2:00 p.m.<br>COURTROOM: "1539"<br>PLACE:         255 E. Temple Street<br>                     Los Angeles, CA |
|---|---|

1. Name of Applicant (*specify*): **LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. as successor general bankruptcy counsel for trustee [Docket no. 125]**

2. This proceeding was heard at the date and place set forth above and was   ☐ Contested   ☒ Uncontested

3. Appearances were made as follows: **Appearances waived per tentative ruling.**
    a. ☐ Applicant present in court
    b. ☐ Attorney for Applicant present in court (name):
    c. ☐ Attorney for United States trustee present in court
    d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): **<u>September 15, 2025 (Docket No. 126)</u>**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 2016-1.3.ORDER.PAYMENT.FEES**

1781107.1  27173

5. The court orders as follows:

   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed: **$93,300.00**
      (2) ☒ Amount or percentage authorized for payment at this time: **$59,616.21**

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      (1) ☒ Total amount allowed: **$2,046.34**
      (2) ☒ Amount or percentage authorized for payment at this time: **$2,046.34**

   c. ☐ Application for Payment of Final Fees is approved in the amount of:
      (1) ☐ Total amount allowed: $
      (2) ☐ Amount or percentage authorized for payment at this time: $

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      (1) ☐ Total amount allowed: $
      (2) ☐ Amount or percentage authorized for payment at this time: $

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify)*:

   f. ☒ The court further orders *(specify)*:

**The Trustee is authorized to pay the balance of allowed fees when, in her discretion, there are sufficient funds in the estate to do so.**

###

Date: October 9, 2025

_____
Sheri Bluebond
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 2016-1.3.ORDER.PAYMENT.FEES**

1781107.1  27173